# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN GILBERT HERNANDEZ,<br><br>Petitioner,<br><br>v.<br><br>GREG LEWIS, Warden,<br><br>Respondent. | Case No. ED CV 12-00153-VBF-JCG<br><br>**JUDGMENT** |

Final judgment is hereby entered in favor of the respondent and against the petitioner.

DATED:   November 19, 2014

*Valerie Baker Fairbank*

_____

HON. VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE